E-filing

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3740
7     Facsimile: (510) 637-3724
      Email: Joshua.Hill2@usdoj.gov
8

9  Attorneys for the United States

FILED
JUL 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. **08-70465** WDB |
| Plaintiff, ) | NOTICE OF PROCEEDINGS ON |
| v. ) | OUT-OF-DISTRICT CRIMINAL |
| ROBERT OBELTON, ) | CHARGES PURSUANT TO RULES RULES OF CRIMINAL PROCEDURE |
| Defendant. ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about July 24, 2008, the above-named defendant was arrested based upon an arrest warrant (attached) issued in case number 4:08mj238 in the Eastern District of Virginia upon a Criminal Complaint (attached).

Defendant is charged with conspiring to possess with intent to distribute more than 500 grams of cocaine in violation of Title 21, United States Code, Section 846.

///

///

1

Penalties:

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: July 24, 2008

_____
JOSHUA HILL
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

ORIGINAL

United States of America

v.

ROBERT OBELTON

**WARRANT FOR ARREST**

CASE NUMBER: 4:08 mj 238

SEALED

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT OBELTON

and bring him or her without unnecessary delay to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging that he/she did

*conspire to possess with intent to distribute and distribute more than 500 grams of cocaine*

in violation of Title  21  United States Code, Section(s)  846 .

_Tommy E. Miller_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

July 21, 2008
Norfolk, Virginia
Date and Location

Bail fixed at $ _____    by _____
                          Name of Judicial Officer

INFORMATION COPY
NOTICE: BEFORE ___ VALIDATE
THROUGH ___ ORIGINAL
___ BY U.S. MARSHAL.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JUL 2 1 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

IN RE:                )
                      )   CASE NUMBER 4:08mj238
CRIMINAL COMPLAINT    )
                      )   UNDER SEAL
                      )

**SEALED**

<u>ORDER SEALING CRIMINAL COMPLAINT</u>

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) is necessary to prevent notification of the existence of the arrest warrant(s) which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation.

It is hereby ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) are sealed.

It is further ORDERED that: (1) a certified copy of the complaint shall be provided to THE United States Attorney's Office and those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrants shall be made available to the case agents for execution of the same.

It is further ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) are unsealed at the initial appearance of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a public record.

**INFORMATION COPY ONLY**

**WE ASK FOR THE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

_____
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
July 21st, 2008

CHUCK ROSENBERG
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney

TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
         DEPUTY CLERK

FILED

JUL 21 2008

CLERK, US DISTRICT COURT

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

United States of America

v.

ROBERT OBELTON

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:08 Mj 238

I, __Eric R. Jones__ being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about __July 2008__ in Newport News, Virginia, in the Eastern District of Virginia defendant(s) did

Conspire to Possess With Intent to Distribute and Distribute more than 500 Grams of Cocaine

in violation of Title __21__ United States Code, Section(s) __846__.

I further state that I am a(n) __ICE Special Agent__ and that this complaint is based on the following facts:

*see attached*

Continued on the attached sheet and made a part hereof.  ■ Yes □ No

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
         DEPUTY CLERK

Read and Reviewed: _/s/ M. Hurt_
Eric M. Hurt
Assistant United States Attorney

_/s/_
Signature of Complainant

Sworn to before me, and subscribed in my presence,

_July 21, 2008_                at   __Norfolk, Virginia__
Date                                   City and State

_Tommy E. Miller_                    _/s/ Tommy E. Miller_
United States Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer

```
                                        FILED
                                        JUL 21 2008
                                    CLERK, US DISTRICT COURT
                                         NORFOLK, VA
                                        4:08Mj238
```

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUANCE OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Eric R. Jones, being dully sworn and deposed, states the following:

1. Your affiant is a Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE). Your affiant is assigned to the Organized Crime Drug Enforcement Task (OCDETF) investigation involving the smuggling of steroids, cocaine and heroin from Texas and California to the Hampton area of Virginia.

2. Your affiant makes this affidavit in support of an application for an arrest of the following persons:

   a. **ROBERT OBELTON**
   b. **ERRICK BRADFORD**

3. This request for arrest warrants is made in relation to the following offense occurring in the Eastern district of Virginia (EDVA) and elsewhere:

   a. Conspiracy to Distribute and Possess with Intent to Distribute Cocaine in violation of Title 21, U.S.C, Section 846.

FACTS AND CIRCUMSTANCES

4. On July 15, 2008, agents from ICE in Norfolk, VA determined that Preston JOHNSON was transporting an unknown amount of narcotics from Oakland, CA to the Hampton Roads area of VA that he received from **ROBERT OBELTON**.

5. A query of US Airway flight information indicated JOHNSON boarded US Airways flight 6184 from Oakland, CA to Denver, Colorado (CO) at 6:57 am. JOHNSON changed planes in Denver, CO and continued on US Airways flight 303 to Charlotte, North Carolina (NC). JOHNSON departed Charlotte, NC at 6:00 pm and arrived at the Williamsburg/Newport News International Airport in Newport News, VA at 7:35 pm.

6. As JOHNSON exited the airplane, ICE agents approached JOHNSON and escorted him to an airport police interview room. In the interview room one kilogram of cocaine was located inside the black backpack that JOHNSON was carrying as he exited the airplane.

7. JOHNSON advised he had flown to Oakland, CA to discuss obtaining cocaine from **ROBERT OBELTON**. **ROBERT OBELTON** advised JOHNSON that he knew an employee at the Oakland International Airport who would bring the cocaine to JOHNSON after JOHNSON had passed through the Transportation Security Administration (TSA) checkpoint.

8. On July 14, 2008, JOHNSON and **ROBERT OBELTON** were together in front of **ROBERT OBELTON**'s grandmother's residence in the Brookfield area of Oakland, CA. **ROBERT OBELTON** called the airport employee. The airport employee arrived at **ROBERT OBELTON**'s grandmother's residence in a tan or light brown SUV. **ROBERT OBELTON** introduced JOHNSON to "E" (later identified as **ERRICK BRADFORD**). **ERRICK BRADFORD** instructed JOHNSON that once he passed the TSA screening area to go to bathroom #3 and call him. **ERRICK BRADFORD** would meet JOHNSON in the bathroom and deliver the cocaine to JOHNSON. **ERRICK BRADFORD** added that JOHNSON would need to get a bag to put the cocaine in. Before **ERRICK BRADFORD** left **ROBERT OBELTON** retrieved one kilogram of cocaine from his white Nissan Armada and gave the kilogram to **ERRICK BRADFORD**. **ERRICK**

BRADFORD and JOHNSON exchanged cellular telephone numbers prior to **ERRICK BRADFORD** leaving.

9. After **ERRICK BRADFORD** left, JOHNSON and **ROBERT OBELTON** went to Wal-Mart and purchased the black backpack. **ROBERT OBELTON** dropped JOHNSON at a hotel and advised JOHNSON a friend, Cali LNU, would pick-up JOHNSON the following morning.

9. Toll record analysis of JOHNSON's cellular telephone on July 15, 2008, revealed contact with a Metro PCS cellular telephone assigned the telephone number (510) 750-9499 prior to JOHNSON boarding plane in Oakland, CA. ICE Norfolk determined the cellular telephone was subscribed in the name of **ERRICK BRADFORD** residing in Oakland, CA.

10. Cali LNU picked up JOHNSON at approximately 4:30 am on July 15, 2008. JOHNSON advised he walked through the TSA screening area, but missed bathroom #3. JOHNSON became nervous when he thought he was being followed. **ERRICK BRADFORD** called JOHNSON and asked where he was located. JOHNSON stated he was near bathroom #6. **ERRICK BRADFORD** instructed JOHNSON to go into a stall in bathroom #6. JOHNSON did as instructed. **ERRICK BRADFORD** entered bathroom #6 dressed in coveralls and slid a red lunch box with the kilogram of cocaine placed on top into the stall. JOHNSON picked up the kilogram of cocaine and placed the kilogram of cocaine in the black backpack previously purchased at Wal-Mart. **ERRICK BRADFORD** exited the bathroom. Moments later JOHNSON exited the bathroom and boarded the plane for Denver, CO.

11. On July 16, 2008, JOHNSON identified a CA Department of Motor Vehicles picture of **ERRICK BRADFORD** as "E".

12. On July 16, 2008, ICE Oakland, CA contacted TSA and determined **ERRICK LAVELLE BRADFORD** is employed as Ground Crew for US Airways at the Oakland International Airport.

13. On July 17, 2008. JOHNSON identified a CA Department of Motor Vehicles picture of **ROBERT OBELTON**.

Based on the above, I believe that there is probable cause to believe that a violation of Title 21, U.S.C., Section 846 has been committed by ROBERT OBELTON and ERRICK BRADFORD.

Reviewed and approved,

Eric M. Hurt
Assistant United States Attorney

Subscribed to and sworn before me
This ___ day of July 2008.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

Eric R. Jones, Special Agent

_____
United States Magistrate Judge
Norfolk, Virginia



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
JUL 21 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

IN RE: )
) CASE NUMBER 4:08mj238
CRIMINAL COMPLAINT )
) UNDER SEAL
)

## ORDER SEALING CRIMINAL COMPLAINT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) is necessary to prevent notification of the existence of the arrest warrant(s) which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation.

It is hereby ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) are sealed.

It is further ORDERED that: (1) a certified copy of the complaint shall be provided to THE United States Attorney's Office and those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrants shall be made available to the case agents for execution of the same.

It is further ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) are unsealed at the initial appearance of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a public record.

_____
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
July 21st, 2008

WE ASK FOR THIS:
CHUCK ROSENBERG
UNITED STATES ATTORNEY

_____
Eric M. Hurt
Assistant United States Attorney

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
JUL 21 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| IN RE: ) | CASE NUMBER 4:08mj238 |
| ) | |
| CRIMINAL COMPLAINT ) | |
| ) | UNDER SEAL |

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through its attorneys, Chuck Rosenberg, United States Attorney for the Eastern District of Virginia, and Eric M. Hurt, Assistant United States Attorney, pursuant to Local Criminal Rule 49(B) moves to seal the criminal complaint, affidavit in support of the complaint and arrest warrant(s) in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant(s) which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation. Another procedure will not adequately protect the needs of law enforcement at this time.

Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, In re Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the criminal complaint, affidavit in support of the complaint and arrest warrant(s) remain under seal until the initial appearance of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a matter of public record.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

Respectfully submitted,
CHUCK ROSENBERG
UNITED STATES ATTORNEY

_____
Eric M. Hurt
Assistant United States Attorney
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
(757) 591-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

```
FILED
AUG 2 1 2008
CLERK, U.S. DISTRICT COURT
    NORFOLK, VA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 4:08CR92 |
| | ) |
| ROBERT OBELTON | ) |
| | ) |

Order

Upon Motion of the United States of America, pursuant to Title 18, United States Code, Section 3145(a)(1), filed with this Court on August 21, 2008, for a revocation of the Order of Release for defendant ROBERT OBELTON entered by Magistrate Judge Wayne Brazil, on August 5, 2008, and allowed on August 21, 2008 and for good cause shown, it is hereby

ORDERED that the Order of Release for defendant ROBERT OBELTON entered by Magistrate Judge Bradford Brazil, on August 5, 2008 as reaffirmed on August 21, 2008, be stayed pending a hearing on the Motion by the United States for Revocation of Release Order and an arrest warrant be issued for ROBERT OBELTON, which is to be docketed and heard in this Court as soon as practicable.

It is hereby ORDERED that the Clerk of this Court send certified copies of this Order to Magistrate Judge Bradford Brazil, defendant's counsel, and the attorney for the government.

/s/ Davis
**Mark S. Davis**
**United States District Judge**

_____
United States District Judge

Date: August 21, 2008
at Norfolk, Virginia

        We ask for this,

        CHUCK ROSENBERG
        UNITED STATES ATTORNEY

By:     /s/
        Eric M. Hurt
        Assistant United States Attorney
        Virginia State Bar No.35765
        Attorney for the United States
        United States Attorney's Office
        Fountain Plaza Three, Suite 300
        721 Lake Front Commons
        Newport News, Virginia 23606
        (757) 591-4000 Office
        (757) 591-0866 Fax
        eric.hurt@usdoj.gov

AO 442 (Rev.6/96-EDVA) Warrant for Arrest

Reg.#12080111

United States District Court
EASTERN DISTRICT OF VIRGINIA
Newport News Division
WARRANT FOR ARREST



UNITED STATES OF AMERICA

V.

ROBERT OBELTON                    CASE NUMBER : 4:08-CR-0092-01

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT OBELTON** and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment __Information __Complaint _X_ Order of Court __Violation Notice __Supervised Release Violation Petition

charging him or her with (brief description of offense):

[Original Charge] - 21 USC 841(a)(1) and 841(b)(1)(b)(ii) - Conspiracy to Distribute to possess with intent to distribute and distribute cocaine, a Schedule II narcotic controlled substance.

In Violation of Title _See above_ United States Code, Section(s) _See above_

Fernando Galindo
Name of Issuing Officer

ACTING CLERK
Title of Issuing Officer

By: [signature]
Signature of Issuing Officer

August 21, 2008 at Norfolk, VA
Date and Location

P. Thompson, Deputy Clerk
Name and Title of Issuing Officer

Bail fixed at $ _____     by  Mark S. Davis.
                                        UNITED STATES DISTRICT JUDGE

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |