HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant
ROBERT OBELTON

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. CR 08-70465-WDB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER |
| ROBERT OBELTON, | |
| Defendant | |

The parties hereby stipulate that good cause exists to continue the scheduled July 30, 2008 detention hearing until Monday, August 4, 2008 at 9:30 a.m. before Magistrate Judge Wayne Brazil, due to unavailability of defense counsel and inability of defense counsel to meet with Pretrial Services for defendant's interview and to otherwise prepare for the hearing.

The parties further agree that time is excludable under 18 USC § 3161(h)(8)(A) and (B) as delay resulting from a continuance granted by a judge at the request of the defendant and his counsel, based upon his finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy

trial. The reasons for this finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial results from consideration of factors set forth at 18 USC Section 3161(h)(8)(B)(iv), insofar as the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel, and would deny counsel for the defendant the reasonable time necessary for effective preparation for the hearing presently set, taking into account the exercise of due diligence.

It is so stipulated.

Dated: July 29, 2008

_____/s/_____
JOSHUA HILL, AUSA

Attorney for Plaintiff United States of America

It is so stipulated.

Dated: July 29, 2008

_____/s/_____
HAROLD ROSENTHAL

Attorney for Defendant Robert Obelton

It is so ORDERED, and the Court makes the findings set forth in the above stipulation.

Dated:

---

THE HONORABLE WAYNE D BRAZIL

Judge of the United States District Court for the Northern District of California