HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant
ROBERT OBELTON

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 4-08-70465 WDB |
| Plaintiff, | LETTERS IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE] |
| vs. | |
| ROBERT OBELTON, | |
| Defendant | |

Defendant Obelton respectfully submits the attached letters in support of his pretrial release upon conditions.

Dated: August 5, 2008

_____/s/_____
HAROLD ROSENTHAL

Attorney for Defendant Robert Obelton

Roy R. Northington
1705 5th Street, #A
Alameda, CA 94501
510-703-9256

July 29, 2008

Re:    Robert Obelton

To Whom It May Concern:

Robert and I have known each other for 27 years and I can honestly say that he has been more than a friend. Over the years he has proven to be like a brother. He is a mentor when there are disagreements among family, while at the same time being the glue that keeps the family together and on one accord.

In a world where men produce children only to leave them without a father, Robert sets an example for what a father should be. He taught his son to fish with patience. His twin daughters adore their father because of the amount of time he has spent with them.

Over the years that I have known Robert he has always been a very honest person who is considerate of others. When my Grandparents made their transition to heaven Robert was there for me and my family with compassion and words of comfort and concern.

Robert is a person of character, one who is a stand up man who would not do anything to jeopardize losing the family that he cares so dearly for.

Sincerely,

Roy R. Northington

July 29, 2008

To Whom It May Concern:

My name is Carol Trotter. Robert Obelton, Sr. is the father of three of my grandchildren: Robert Obelton, Jr. and twins, Hannah and Carolina Obelton. I have known him for over 10 years. In that time, I have come to recognize him as a caring parent, a responsible partner and a genuinely caring human being.

Robert is out-of-work at this time, through no fault of his own. He was successful in securing work at the NUMMI auto plant in Fremont, CA. However, as has happened to many workers at that plant, the fast and repetitive movement required to work the assembly line caused irreparable damage to his back that resulted in his having to leave work due to this disability. His many attempts to secure retraining from NUMMI were ultimately unsuccessful.

Robert is devoted to his family, and they are equally as devoted to him. In December of 2000, his son was hospitalized at Lucille Packard Hospital on the Stanford University campus, with an illness that could have resulted in the need for a complete heart and lung transplant. Robert and my daughter were essentially residents of that hospital for the 2+ months that my grandson was hospitalized. He understood then and understands now the Divine intervention that spared my grandson and the important role that he, as a father, plays in the lives of his children, especially in these very difficult times for all children. He would do nothing to jeopardize that relationship.

I am willing to do whatever is necessary to help Robert return to his family, including using my home as collateral for bond.

Thank you so much.

Sincerely,

*[signature]*

Carol Trotter

Regarding Robert Obelton, 7/29/08

Hello My Name is Lisa Rios and I am 38 years old and I live in San Francisco California and I wanted to write in regards to Robert Obelton.

I know Rob by Carol Maete Trotter; the Mother of his kids, he is the father of my God Children Robby (Jr.) and the twins Hanna and Carolina Olbelton.

I know he loves his kids very much. When his first son was born it was very difficult for the whole family because their son Robby was born with a heart condition. Rob and Carlo would always drive out to Lucile Packard Children's Hospital at Stanford and the Ronald McDonald House would help them out sometimes. Once Robby Jr. had the last surgery by the grace of God, they gave back to the Ronald McDonald house by asking for donation to help the Ronald McDonald house.

He is a caring father, emotionally and physically from what I can tell Rob does try to do what he can for his family.

Sincerely,

*Lisa Rios*

Lisa Rios

July 29, 2008

To Whom It May Concern:

My name is Lena Beasley and I'm writing this in support of the character of Robert Obleton, Sr.

Rob has proven not only to be a wonderful father, but a loving addition to our family. I've known Robert for close to 10 years. In this time of father's not being part of their children's life, it makes me feel good to see a man love and support his family.

I've been afford the opportunity to see Robert interact with his young family which includes my sister. I feel comfort in knowing that he's strong when he needs to be and is able to show the depth of his love for my sister, nieces and nephew. This is a strong family which is strong because of his strength as a man, father and fiancé. I have no reservations in supporting him in any way he needs. As I said previously, Robert is part of my family, he's become my brother.

Sincerely,

*Lena Beasley*
Lena M. Beasley

Re:  Robert Obelton

From:  Alana M. Trotter


To Whom It May Concern:

My name is Alana Trotter and I am the sister of Carol Trotter (Robert Obelton's Finance).  I have known Rob (as we call him) for over 10 years.  I can attest to his character and his love for my sister as well as his three children (Robert Jr, Hanna and Carolina Obelton).

Carol and Rob have been through a lot as a family.  Their first child, Robert Jr was diagnosed with an acute heart condition at the age of 6 months and was confined to a hospital bed for many months.  Rob never left his son or my sisters side throughout this entire time.  Both Rob and Carol slept at the hospital day and night relying heavily on the support of family and friends to see them through this very tough time in their lives.  Our entire family even spent that New Year's at the hospital in prayer for the life of my nephew.  Although I already knew that Rob was good person from the beginning, he only further solidified my feelings of him being a strong, loving and supportive family man.

I have grown to have a strong love and admiration for Rob as a man who supports and takes care of his family.  To me, this is a couple who want to raise their three children to be good and caring human beings—this is evident in the both spiritual and emotional support I have seen Rob provide for his family.  I have two children of my own and although they love their own father dearly, both have commented on how much they wish their dad would do as much with them as they see their Uncle Rob do with his children (fishing, golfing, bowling, etc).  Whenever possible, Rob picks up my children up and takes them along on excursions with his children…I love him for choosing to play such a positive role in the lives my kids while still being a wonderful father to his own.

If I can convey anything at all through the words in this character support letter it would be that Rob's family needs him and he they.  This is a person who would in no way ever abandon his family or us him.  I beg of you to please consider our plea to grant him bail.  I am willing to up my car and home for his bail if needed…this is how much faith and trust I have in him.  As a single mom who works hard to provide for her children I can attest to his need to be with his as well…they are his life and always have been.

Sincerely,

Alana Trotter (Carol Trotter's Older Sister)
Human Resources Manager (Meyer Sound Labs)

Stephenie Northington
1705 5th Street, #A
Alameda, CA 94501
510-703-9147

July 29, 2008

Re:   Robert Obelton

To Whom It May Concern:

I have known Robert "Rob" Obelton for approximately 13 years. He is my husband's best friend and has been like family to me ever since the first day that I met him.

Rob is an amazing father. He is constantly with his children and incredibly proud of them. Rob and his children's mother are doing a great job of raising wonderful, respectful children. He adores his children and their mother.

I trust Rob completely with my own children. My 14 year old daughter truly values her "Uncle Rob's" opinion. He has had an incredible impact on her and she knows that she can go to him whenever she has a problem and he will always be there to help her.

I value the friendship that Rob and my husband have. Rob is always there to go fishing with him and talk to him when life becomes too stressful.

He has been a true friend to all of us. As a family we would do anything for Rob and we know that he would do the same for us.

Sincerely,

*[signature]*

Stephenie Northington

July 29, 2008

To Whom It May Concern:

This letter is in regards to Robert Obelton.

I have had the pleasure of knowing Robert for 18 years. In all the years that I have known him he has never been in trouble with the Law. He is not a troubling person and well liked by numerous people. Robert was employed with NUMI formally called General Motors for 1 year until he was hurt on the job and placed on disability. He is also the President of a Social Motorcycle Club known as the Drifter's. His club members think highly of him. I can say I have never seen Robert get angry about anything. He is the type of person to break up an argument. He has a calming personality and is extremely generous.

Robert is a proud Father of 3 children in which he fathered with one woman. He is a dedicated Father to his children and loyal to his children's mother as well. Robert has taken the role of taking care of the children's needs while the children's Mother works full time. He volunteers at his Son's school whenever time permits. He is a family oriented man and respectful of others. I can not imagine anyone having anything negative to say about him. Although no one is perfect and we all make mistakes. I assure you Robert would not return in this position again once he has been withdrawn from this situation of incarceration. Any consideration that you may have for him will be greatly appreciated. If you should have any questions or concerns do not hesitate to contact me at 510.491.3443.

Thank you in Advance,

*Kelli Martinez*

Kelli Martinez

To Whom It May Concern:

In the 15 years I have had the fortune of knowing Mr. Robert Obelton, he has become the true essence of a friend. He has proven himself on numerous occasions to be a loyal and trustworthy individual. In addition, Robert is a loving and nurturing father to not only his three children but to any children he comes in contact with. He is one of only a hand full of people, male or female, that I feel comfortable enough to watch my two children. I have even gone so far as to have Rob take my children on fishing expeditions without me being presence. I also feel reciprocity of trust by him asking that I be God-Father to all three of his children. We both have daughters and feel very strongly about their safety and well-being. The fact that we have no second thoughts about the safety of our kids while in the protection of the others care, speaks greatly of the character we respect in each other.

Robert Obelton has never been out of favor with the law, besides the occasional traffic violation which we have all experienced, in the time that I have known him. He is an upstanding member of this city and has suffered greatly being injured while working for one of this countries top corporations. His intestinal fortitude shines through in the way he maintains the family that he loves and takes care of the many people that call upon him for wisdom in all types of life's situations. He remains close to his family and friends and is well loved by many. Only a person of extreme character and good nature can be respected by so many and loved by even more.

Feel free to contact me, Bruce W. Gipson, @ (510) 715-7997 wk or (510) 506-2101 cell if there is anything else you would like to know about Mr. Robert Obelton being a true pillar in today's chaotic state of this nation. I have worked for a major utility

company for over 17 years and have a stake in the betterment of our fair city. I intend to finish my career here and am furthering my education and hope to start a business of my own in the near future. I would not only be honored to have Mr. Obelton share in my dream but would have him work side by side with me in an effort to make this city a better place for all to live. Thank you for allowing me to speak on behalf of my True Friend and Honorary Family Member, My Brother Robert "Rob" Obelton.

    Sincerely,

    Bruce W. Gipson

To: All Parties,
and Whom it May Concern

Fm: Archie T. Brumfield

Blessings from God Our Father. May these words share a very important piece of Robert Obelton's, importance as a father with zeal.

I have been a long time friend of the Martin's and Obelton's family for more than 15 years. I've seen Robert's growth and development in the pass years. I have experienced his positive influence on young men and women. It's a privilege to see young men carry out being strong fathers. He's a father which is passing strengths to our youth, and his children. Even as a uncle his gives his time in many activities (i.e., parks, fishing) which every child enjoy.

I believe his long term relationship to Fiancé and partner, proves to show a development needed in our world. Their strengths and family value in sharing and caring for their children, and one-another.

Robert Obeltons, deep love for care, giving and helping others have always been high above average. He's work with the disabled (men) at a rest house. He worked and kept a job to ensure his family and responsiblities.

Robert's bond to his family, friends, community city and state — shows his zeal and this is just a small measure of his character.

I have seen is Commanding joy as a father and Uncle "Relationships"... experience this joy with daughters and son. He continue to share memorable experiences for his children for life. "This lights Robert up". A great developing dad. Values being passed on to the next generation, which is the values of the Martin and Obelton family.

I thank you for this moment to share this with you today.

Archie T. Brumfield
U.S. Navy Retired

Aug 2008

To Whom It May Concern.

Re: <u>Robert Obelton</u>

I have know Robert Obelton all of his life, I'm Robert's older sister, but you would not know that because of the way he Protects me, it like a father Protecting his daughter. My brother is my Friend and a Person who I can get Advise from. Sometimes he let me cry on his shoulder. I have watched my brother mature into a man that everyone Love and Respect. My brother is the type of Person you would want as a

Re: <u>Robert Obelton</u>

Friend in your life or someone close to it. My brother has three beautiful children who is the light in his world, a son Robbie who is 8 year old who has had several heart surgery, a life changing moment for my brother, to see him at the hospital day and night for 3 yrs. and a little bit more. I repsect my brother for that, bt his son every moment until today still be ~~there~~ his son. My Brother has twins daughters two! 2½ yr Hannah who is the Actress and Carolina who is the lawyer (smile) I could go on and on I love my brother and ~~family~~ family so

Re: Robert Obelton

Much I could say. ~~a lot~~ I want to thank you for taking the time out of your busy day to Read this ~~to~~ letter from a loving Sister and Aunt. If you have any question Please Feel Free to Call me. Monica Obelton 510 575-2420.

Thank you,

Monica Obelton

Monica Obelton
- Sister -