| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 56 Mins | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Ivy L. Garcia | | | REPORTER/FTR 11:32:55-11:51:32 FTR: 8/5/08    12:45:50-1:22:05 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | | DATE 8/5/08 | | | NEW CASE ☐ | CASE NUMBER 4-08-70465-WDB |

### APPEARANCES

| DEFENDANT ROBERT OBLETON | | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Harold Rosenthal | PD. ☐ APPT. ☐ | RET. ☒ |
|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY Joshua Hill | | | INTERPRETER None | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER None | | PRETRIAL SERVICES OFFICER Amy Berthelsen | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG 56 Mins HELD | ☒ ID / REMOV HRG WAIVED BY THE DEFT. | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED AUG - 5 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND NOT SIGNED BY WDB PENDING GOVT'S APPEAL | AMT OF SECURITY $ 500,000 Secured | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 8/15/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. told Court that the prosecutor assigned to the deft's case in the Eastern Dist. of Virginia, Newport News Div. will present an Indictment against deft. Obelton bef. the Grand Jury on 8/11/08. At this time the govt. will not move to unseal the Search Warrant & Affidavit & asked that the matter re: issue of detention be submitted based on the Crim. Complaint & Affidavit filed in the Eastern Dist. of Virginia & Pret. Svcs. Report. The Court will agree to release the deft. on a $500,000 Bond secured by all the properties listed by the deft's atty. on deft's exhibit #1 (see attached) for the deft. to stay full-time in the halfway house. Deft's request to be released to a 3rd party custodian with elec. mon. DENIED. Per govt's request, execution of the Bond/Release Order shall **BE STAYED 24 hrs.** from now to give the govt. the opportunity to file an appeal in the Eastern Dist. of Virginia.

cc: WDB's Stats, Pretrial

DOCUMENT NUMBER:

FILED 8/5/08 BY: [signature]
RICHARD W. WIEKING

CASE NO. 4-08-70465
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DEFENDANTS' EXHIBIT NO. 1

| Name | Relationship | Notes |
|---|---|---|
| MONICa obelton | defendant's sister | |
| robert morton | grandparent | 100,000 EQUITY IN REAL PROPTY W/ HANNAH |
| HANNAH MORTON | GRANDPARENT | SEE ROBERT ABOVE |
| EDWARD OBELTON | FATHER | 500,000 EQUITY DUPLEX AND HOME; 6K LAND IN CLEARLAKE |
| EDWARD (ABOVE) | | CARS -- BENTLEY 100K; VIPER 60K |
| CAROL OBELTON | MOTHER OF D'S SIGNIFICANT OTHER | WILL SIGN ON BOND AND WD PT UP PROPERTY WHEN REFINANCE ACCOMPLISHED; 12K |
| STEPHANE NNORTHINGTON | FRIEND; OFFICE MGR AT CONSRUCTION COMPANY | WILL SIGN ON BOND |
| ROY NORTHINGTON | FRIEND; FUNERAL DIRECTOR | |
| TAMMY TAYLOR | FRIEND; WORKS AT NUMMI, FORMER COWORKER WITH ROBT | WILL SIGN ON BOND |
| JANET HARDY | FATHER'S FIANCEE; WORKS FOR NUMMI | WILL SIGN ON BOND |
| ROYCE TROTTER | BROTHER OF FIANCEE; 10 YEAR EMPLOYEE OF REAL ESTATE MGMT COMPANY | WILL SIGN ON BOND |
| CAROL TROTTER | SIGNIFICANT OTHER; WORK AY MARKET HALL 4 YEARS PASTRY CHEF; PRIOR WORKED FOR L'HAYIM CHILDREN SRVICES BILLING DEPT TWO YEARS; BEFORE THAT WORKED EDUCATION PARTNERS 3 1/2 YEARS MARKETING AND ADMINISTRATIVE | WILL SIGN ON BOND; $3000 ON HER JETTA 2005 15K |
| ALANA TROTTER | SISTER OF ROBT'S SIGNIFICANT OTHER; SHE IS HR MGR FOR MEYERS SOUND | WILL SIGN ON BOND; WILL PUT UP LEXUS SUV |
| VANESSA TROTTER MORONES | CAROL'S BROTHER'S WIFE | WILL SIGN ON BOND; |
| ALEX TROTTER | CAROL'S BROTHER | WILL SIGN ON BOND |