**HAROLD ROSENTHAL**
ATTORNEY AT LAW
803 HEARST AVENUE
BERKELEY, CALIFORNIA 94710
TELEPHONE: 510.981.1800
FACSIMILE: 510.981.1821
E-Mail: harold@haroldrosenthal.com

August 11, 2008

**(SENT VIA FACSIMILE AND BY U.S. MAIL)**

Ivy Garcia, Courtroom Deputy for
The Honorable Magistrate Judge Wayne D. Brazil
United States District Court
Northern District of California
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612-5212

Re:   **U.S. v. Robert Obelton**, CR 08-70465 WDB

Dear Ivy:

I hereby request that the above defendant be calendared tomorrow, August 12, 2008 at 10:00 a.m. for signatures from those sureties who were not in attendance when we were last in Court. While Friday's date may not be necessary, I cannot represent that will necessarily be the case, and I therefore believe that we should let that date stand, at least for now.

We will efile this letter as well as fax it to you.

If you have any questions or concerns, please do not hesitate to contact me. Thank you for your cooperation in this matter.

Very truly yours,

HAROLD ROSENTHAL

HR: gr

cc:   Joshua Hill, AUSA (via fax)
      Amelia Berthelson, Pretrial Services (510) 637-3761