# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

UNITED STATES OF AMERICA
v.
ROBERT OBELTON

**COMMITMENT TO ANOTHER DISTRICT**

FILED
AUG 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70465-WDB | 4:08mj238 | 4-08-70465-WDB | 4:08mj238 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☒ Complaint    ☐ Other (specify)

charging a violation of Title 21 U.S.C. § Sec. 846

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of Virginia, Newport News Division, Norfolk

**DESCRIPTION OF CHARGES:**
Conspiracy to possess with intent to distribute and distribute more than 500 grams of cocaine.

**CURRENT BOND STATUS:**
Defendant ordered released full-time to Cornell Corrections halfway house.
☒ Bail Fixed at $500,000 which will be secured by deft's father's duplex, home, & land; deft's grandparents's property and Carol Trotter's property when refinance is accomplished. Property docs (except Carol Trotter's) to be submitted by the deft. to the Court on 8/18/08. Bond shall be transferred to the District of Offense.
☒ Other (specify) On August 5, 2008, the defendant waived his Identity/Removal Hearing in the District of Arrest.

**Representation:** ☒ Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?** ☒ No    ☐ Yes    Language:

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
IT IS HEREBY ORDERED that the defendant must report to the U.S. District Court, Eastern District of Virginia, Newport News Division, Norfolk before Magistrate Judge Tommy E. Miller on **Tuesday, September 2, 2008 at 2:30 p.m.**, and when summoned by that District, and abide by further orders of that Court.

8/15/08
Date

United States Judge or Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

cc: WDB's Stats, Copy to parties via ECF, 2 certified copies to Marshal, pretrial, financial