# HAROLD ROSENTHAL
ATTORNEY AT LAW
803 HEARST AVENUE
BERKELEY, CALIFORNIA 94710
TELEPHONE: 510.981.1800
FACSIMILE: 510.981.1821
E-Mail: harold@haroldrosenthal.com

August 18, 2008

Ivy Garcia, Courtroom Deputy to
The Honorable Wayne D. Brazil
Magistrate Judge, United States District Court
1301 Clay Street
Oakland, CA 94612

Re: <u>United States v Robert Obelton</u>, CR 08-70465 WDB

Dear Ivy:

I am requesting an additional day to post the property underlying the bond in the above-referenced matter. I can represent to the Court that I have in my possession executed trust deeds and promissory notes from Mr. Obelton's relatives. However, there have been some problems which I did not initially foresee with regard to the underlying paperwork substantiating the presence and absence of liens on the homes and thus the equity in the property. I had believed that I would be able to work these problems through today, but as the day closes it seems that I will not been able to do so. Because I had wanted to send all of the documents over the United States Attorney in one group so as to facilitate their review, I have not yet sent over what I do have. Thus, the deeds and promissory notes have not been reviewed by the United States Attorney's Office, and they have not been filed.

I have spoken to AUSA Douglas Sprague, and I will provide him with everything I have, as well as a list of what I do not have by noon tomorrow. If we cannot reach an agreement, then the government may request the matter be placed back on calendar on Wednesday.

Thank you for your consideration.

Very truly yours,

*HJRosenthal*

HAROLD ROSENTHAL

cc: Douglas Sprague, AUSA