HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA  94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant
ROBERT OBELTON

**THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>ROBERT OBELTON,   )<br>)<br>Defendant   ) | Case No.  4-08-70465-WDB<br><br>STIPULATION AND ORDER |

The parties hereby stipulate that good cause exists to continue the date upon which defendant must present his documents supporting the property bonds to secure his appearance in the Eastern District of Virginia.  That date was scheduled for today, August 15, 2008.  The parties stipulate that it may be continued until August 18, 2008.

Additionally, the parties further stipulate that in light of the numerous sureties, including those individuals whose real property will be posted on August 18, 2008, the defendant's substantial ties to the community, the absence of any prior felony convictions and recent misdemeanors convictions of the defendant, and the absence of any prior failures to appear by the defendant, good cause does exist for this Court to release

STIPULATION AND [PROPOSED] ORDER                1

defendant to the half way house forthwith, conditioned upon submission of the appropriate documentation by Monday, August 18, 2008..

It is so stipulated.

Dated: August 18, 2008

                                      _____/s/_____
                                      JOSHUA HILL, AUSA

                                      Attorney for Plaintiff United States of America

It is so stipulated.

Dated: August 18, 2008

                                      _____/s/_____
                                        HAROLD ROSENTHAL

                                      Attorney for Defendant Robert Obelton

It is so ORDERED, and the Court makes the findings set forth in the above stipulation.

Dated:  August 18, 2008

                                      _____
                                      THE HONORABLE WAYNE D. BRAZIL

                                      Magistrate Judge of the United States District Court for the Northern District of California