1  HAROLD ROSENTHAL, SBN 68380
   Attorney at Law
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Tele: (510) 981-1800
   Fax: (510) 981-1821
4
   Attorney for Defendant
5  ROBERT OBELTON

6

7
                 THE UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
11

11

12
   THE UNITED STATES OF AMERICA,    )  Case No.  4-08-70465-WDB
13                                   )
                 Plaintiff,          )
14                                   )
            vs.                      )  STIPULATION AND ORDER
15                                   )
   ROBERT OBELTON,                   )
16                                   )
                 Defendant           )
17
18        The parties hereby stipulate that good cause exists to continue the date upon which

19  defendant must present his documents supporting the property bonds to secure his

20  appearance in the Eastern District of Virginia.  That date was scheduled for today, August

21  15, 2008.  The parties stipulate that it may be continued until August 18, 2008.
22
23        Additionally, the parties further stipulate that in light of the numerous sureties,

24  including those individuals whose real property will be posted on August 18, 2008, the

25  defendant's substantial ties to the community, the absence of any prior felony convictions
26
27  and recent misdemeanors convictions of the defendant, and the absence of any prior

28  failures to appear by the defendant, good cause does exist for this Court to release

STIPULATION AND [PROPOSED] ORDER                1

1   defendant to the half way house forthwith, conditioned upon submission of the

2   appropriate documentation by Monday, August 18, 2008..

3       It is so stipulated.

4

5   Dated: August 18, 2008

6                                   _____/s/_____

7                                   JOSHUA HILL, AUSA

8                                   Attorney for Plaintiff United States of America

9

11      It is so stipulated.

11  Dated: August 18, 2008

12

13                                  _____/s/_____

14                                  HAROLD ROSENTHAL

15                                  Attorney for Defendant Robert Obelton

16

17

18

19

20

21      It is so ORDERED, and the Court makes the findings set forth in the above

22  stipulation.

23

24  Dated:  August 18, 2008

25

26                                  _____
                                    THE H                      . BRAZIL
27                                  Magistr                     tes District
                                    Court fo                    District of California
28

GRANTED

Wayne D. Brazil

Judge Wayne D. Brazil

STIPULATION AND [PROPOSED] ORDER          2